**STATE of Missouri, Respondent,**

v.

**David E. LUSTER, Appellant.**

**No. WD 54811.**

Missouri Court of Appeals, Western District.

May 26, 1998.

Donald L. Williams, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

#### Order

PER CURIAM.

David E. Luster appeals from the judgment of his judge-tried conviction and sentence in the Circuit Court of Jackson County

for assault in the first degree, § 565.050, RSMo 1994.

Affirmed. Rule 30.25(b).

■

**Jeffrey E. COLEMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54981.**

Missouri Court of Appeals, Western District.

May 26, 1998.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

#### *ORDER*

PER CURIAM.

Jeffrey E. Coleman appeals from the denial of his Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).